UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMIN MISSAGHI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY BLINKEN, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-08601-TSH<br><br>**ORDER TO SHOW CAUSE** |

On December 1, 2024, Plaintiffs Simin Missaghi and Maria Cristina Hajiamini filed this complaint requesting an order compelling the government to adjudicate Hajiamini's immigrant visa application. To date, no proof of service of the summons and complaint has been filed.

Proper service of process is a prerequisite to the Court's exercise of personal jurisdiction over a defendant. Fed. R. Civ. P. 4(k). "'A federal court is without personal jurisdiction over a defendant unless the defendant has been served in accordance with Federal Rule of Civil Procedure 4.'" *Crowley v. Bannister*, 734 F.3d 967, 974–75 (9th Cir. 2013) (quoting *Travelers Cas. & Sur. Co. of Am. v. Brenneke*, 551 F.3d 1132, 1135 (9th Cir. 2009)). "[N]othing in the Federal Rules of Civil Procedure allows a judge to excuse service altogether. Actual notice to the defendant is insufficient; the plaintiff must comply with the directives of Rule 4." *McMasters v. United States*, 260 F.3d 814, 817–18 (7th Cir. 2001) (citation omitted).

"If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiffs to show cause, in writing and no later than December 5, 2025, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). Notice is hereby provided that failure to file a written response will be deemed an

admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 21, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2